```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

YENDY RAFAEL LUCIANO FERREIRA,

            Plaintiff,

- against -

123 MEAT, FRUIT & VEGETABLE, ET AL.,

           Defendants.

24-cv-4142 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendants to answer is extended to September 2, 2024.

SO ORDERED.

Dated:   New York, New York
           August 6, 2024

                                                  John G. Koeltl
                                     United States District Judge