```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
YENDY RAFAEL LUCIANO FERREIRA,

                Plaintiff,           24-cv-4142 (JGK)

        - against -                  ORDER

123 MEAT, FRUIT & VEGETABLE, CORP.,
ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 16, 2024.**

**SO ORDERED.**

**Dated:   New York, New York
          August 30, 2024**

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge