UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YENDY RAFAEL LUCIANO FERREIRA,
                            Plaintiff(s)

                                                                              24 civ 4142 (JGK)

       -against-

123 MEAT, FRUIT & VEGETABLE, CORP, et al,
                            Defendant(s).
-------------------------------------------------------------X

       The parties, via order of August 30, 2024, having been directed to file a Rule 26(f) report by September 16, 2024,

       The conference scheduled for Tuesday, September 19, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 6, 2024