## LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

December 2, 2024

*Via Electronic Filing*
The Hon. John G. Koeltl
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Ferreira v. 123 Meat, Fruit & Vegetable, Corp. et al*
       Case No.: 1:24-cv-04142-JGK

Dear Honorable Judge Koeltl:

  This law firm represents Defendants 123 Meat, Fruit & Vegetable, Corp and Louis Lopez (collectively, the "Defendants") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rule 1, this joint letter respectfully serves to request an extension of the parties' deadline to file the necessary documents to effectuate the dismissal of this action from December 2, 2024 to, through and including, January 2, 2025. This is the second request of its nature, and is made on consent of Plaintiff Yendy Rafael Luciano Ferreira (the "Plaintiff"). If granted, this request would not affect any other scheduled deadlines.

  The basis of the request is that the parties require additional time to finalize the long-form documentation, to effectuate the dismissal of this action.

  Thank you, in advance, for your time and attention to this matter.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

          By: */s/ Jason Mizrahi*
            Jason Mizrahi, Esq.
            60 East 42nd Street, Suite 4700
            New York, New York 10165
            Tel. No.: (212) 792-0048
            Email: Jason@levinepstein.com
            *Attorneys for Defendants*

VIA ECF: All Counsel

            **APPLICATION GRANTED**
            **SO ORDERED**

12/3/24         /s/ John G. Koeltl
            John G. Koeltl, U.S.D.J.

1