**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yendy Rafael Luciano Ferreira,<br><br>                                        Plaintiff,<br><br>        -v-<br><br>123 Meat, Fruit & Vegetable, Corp., and<br>Louis Lopez,<br><br>                                        Defendants. | **Civ. Action #: 24-CV-04142**<br>**(JGK)(BCM)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 2, 2025; and Defendants 123 Meat, Fruit & Vegetable, Corp., and Louis Lopez, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Yendy Rafael Luciano Ferreira in the amount of $23,500.00, inclusive of all penalties, interest, costs and attorney fees;

ORDERED and ADJUDGED that judgment is entered in favor of Yendy Rafael Luciano Ferreira and against Defendants 123 Meat, Fruit & Vegetable, Corp., and Louis Lopez, in the amount of $23,500.00, inclusive of all penalties, interest, costs and attorney fees.

Dated: January _3_ 2025
        New York, New York

_____
**Hon. John G. Koeltl**
**United States District Judge**

The Clerk is directed to close this case.
So ordered.
1/3/25    John G Koeltl
          U.S.D.J.